**FILED**

11/22/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0569

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA-23-0334

SAMUEL J. NELSON, individually and as Trustee )
of the SAMUEL J. NELSON REVOCABLE )
TRUST DATED FEBRUARY 9, 2011, )
                                             )
                     Petitioners, )
     vs. )
                                              )
MONTANA RAIL LINK, INC., a Montana )
Corporation, and BURLINGTON NORTHERN )
SANTA FE RAILWAY CO., a Texas Corporation, )
                                             )
                     Respondent. )
_____ )

**ORDER GRANTING UNOPPOSED MOTION FOR A THIRTY DAY EXTENSION OF TIME TO FILE OPENING BRIEF**

Upon consideration of Appellant's unopposed motion for an extension of time made pursuant to the authority granted to the Court under Mont. R. App. P., Rule 26(1), it is HEREBY ORDERED that:

Appellant Samuel J. Nelson, individually and as Trustee of the Samuel J. Nelson Revocable Trust Dated February 9, 2011 is GRANTED Court granted a 30 day extension, up to and including **December 22, 2023** to prepare, file and serve Appellant's Opening Brief.

Dated this 21st day of November, 2023.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 22 2023